IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-00021-D

**United States of America**,

v.

**Robert Cleveland Barham**,

Defendant.

**Order**

Defendant Robert Cleveland Barham appeared for his arraignment on February 25, 2021. During the arraignment, Barham informed the court that he was not satisfied with the representation he received from his attorney. The court inquired with Barham and his attorney about whether the attorney-client relationship could be salvaged. Ultimately, the court concluded it could not. Thus it is best for the Federal Public Defender to appoint a new attorney to represent Barham before he enters his plea.

So the court orders that:

1. The Federal Public Defender shall appoint new counsel for Barham. Barham's current attorney is relieved of any further responsibility in this matter once the newly appointed attorney enters a notice of appearance.

2. Barham's arraignment is continued until May 17, 2021.

3. Any delay resulting from the continuance shall be excluded in computing time under the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Given that a new attorney will be representing Barham, not granting this continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: February 25, 2021

_____
Robert T. Numbers, II
United States Magistrate Judge